AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NEKIMA VALDEZ LEVY-ARMSTRONG a/k/a "Nekima Valdez Levy-Pounds" | **FILED UNDER SEAL PURSUANT TO ORDER**<br><br>Case No. 26-mj-40 DLM |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay <u>NEKIMA VALDEZ LEVY-ARMSTRONG a/k/a "Nekima Valdez Levy-Pounds"</u>
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

Conspiracy Against Rights to Free Exercise of Religion Secured by FACE Act, in violation of 18 U.S.C. § 241, 248(a)(2)

*[handwritten: NO PROBABLE CAUSE - DLM]*

Date: 1/20/26

*Issuing officer's signature*

City and State: St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*