UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>      Plaintiff,<br>v.<br><br>[9] Ian Austin Davis,<br>      Defendant. | **NOTICE OF APPEARANCE**<br><br>26-cr-00025-LMP-DLM |

The undersigned attorney hereby notifies the Court and counsel that Sarah R. Gad of Gad & Gad Law Offices LLP shall appear as counsel of record for Defendant Ian Austin Davis in this case. Any and all further correspondence directed to Mr. Davis regarding this action, and any pleadings or other filings, may be served on undersigned counsel by ECF and at the address below

Dated: January 30, 2026

Respectfully submitted,

/s/*Sarah Raafat Gad*
Sarah R. Gad, 0403328
Gad & Gad Law Offices LLP
Attorney | Founding Partner
8 E 25th Street
Minneapolis, MN 55404
Telephone: (612) 512-1870
sarah@gadlawoffice.com

**ATTORNEY FOR DEFENDANT**

1