# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: DAVID T. SCHULTZ |
| | U.S. Magistrate Judge |
| v. | Case No: 26-cr-25 (LMP/DLM) |
| | Date: February 2, 2026 |
| Ian Davis Austin (9), | Courthouse: Minneapolis |
| | Courtroom: 9W |
| Defendant. | Time Commenced: 1:59 p.m. |
| | Time Concluded: 2:00 p.m. |
| | Time in Court: 1 minute |

APPEARANCES:

Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
Defendant: Sarah Gad
    X Retained

Date Charges Filed: January 29, 2026     Offense: Count 1: conspiracy against rights of religious freedom at place of worship. Count 2: injure, intimidate, and interfere with exercise of right of religious freedom at place or worship.

X Advised of Rights

on    X Indictment

X Government moves for a detention hearing.
X Government's motion is   X denied. The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                             _s/ms_
                                           Signature of Courtroom Deputy