UNITED STATES DISTRICT COURT
                         DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                     Case No: 26-cr-25 (LMP/DLM)

         Plaintiff,

v.
                                              **Brady Obligation Order**
Ian Davis Austin (9),

         Defendant.
_____

    Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

    **IT IS SO ORDERED.**

    Dated: February 2, 2026                       *s/David T. Schultz*
                                                  David T. Schultz
                                                  U.S. Magistrate Judge