AO 442 (Rev. 11/11) Arrest Warrant

F#11916581

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) | |
| v. | ) | Case No. CR 26-25 LMP/DLM |
| Ian Davis Austin (9) | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

RECEIVED
FEB 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Ian Davis Austin                                              ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy Against Right of Religious Freedom at Place of Worship 18:241
Count 2: Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship 18:248(a)(2), (b), and 2(a)

LT SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

Date: 01/29/2026                                   /s/ M. Fogarty
                                                   *Issuing officer's signature*

City and state:  Minneapolis, MN                   Kate M. Fogarty, Clerk of Court
                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____     ARRESTED ON 1/30/2026           _____
                         ARRESTED BY HSI                  *Arresting officer's signature*
                         U.S. MARSHAL
                         DISTRICT OF MINNESOTA           _____
                         BY _____                *Printed name and title*