**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:           26-cr-25 (LMP/DLM) |
| | ) | Date:               February 13, 2026 |
| Don Renaldo Lemon (4), | ) | Courthouse:      St. Paul |
| | ) | Courtroom:        6B |
| Defendant, | ) | Time Commenced:    1:05 p.m. |
| | ) | Time Concluded:     1:10 p.m. |
| | ) | Time in Court:   5 minutes |

APPEARANCES:

For the government:   Robert Keenan, and Orlando Sonza, Assistant U.S. Attorneys
For Mr. Lemon:   Abbe Lowell, and Joseph Thompson
    _ FPD          _ CJA      X Retained        _ To be appointed


Date Charges Filed:   January 29, 2026      Offense: Conspiracy Against Rights of Religious Freedom at Place of Worship; and Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship

        X Advised of Rights

on      X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Mr. Lemon was also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                        s/    AEF