IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>NEKIMA VALDEZ LEVY ARMSTRONG, et al,<br><br>        *Defendants*. | Case No. 0:26-cr-00025-LMP-DLM<br><br>**NOTICE OF APPLICABILITY OF PENDING MOTION TO STRIKE TO SUPERSEDING INDICTMENT** |

    Defendants Ian Davis Austin and William Scott Kelly respectfully submit this notice to clarify that their pending Motion to Strike Irrelevant and Prejudicial Surplusage (Doc. 142) applies to the Superseding Indictment filed on February 26, 2026 (Doc. 144).

    The Superseding Indictment retains the challenged language identified in Doc. 142, including:

1. "potential prelude to a mass shooting" (Overt Act ¶ 25, p. 12);

2. "young children were left to wonder … if their parents were going to die" (Introductory Allegations ¶ 4, p. 3);

3. "coordinated takeover-style attack" (Introductory Allegations ¶ 3, p. 3); "takeover-style attack" (p. 6); "takeover-style operation" (Overt Act ¶ 20, p. 11); and "disruptive takeover operation" (Overt Acts ¶¶ 23, 28–29, pp. 11, 13–14);

4. "agitators" (Introductory Allegations ¶ 3, p. 3; Overt Acts ¶¶ 23, 39, pp. 11, 16);

5. "menacing" (Overt Acts ¶¶ 24, 27, pp. 12–13); and

  6. "traumatizing" (Overt Act ¶ 24, p. 12).

Because the Superseding Indictment preserves the same language and characterizations previously challenged, the legal arguments set forth in Doc. 142 apply with equal force. Defendants respectfully submit that the Motion to Strike should therefore be considered as directed to the Superseding Indictment.

| | |
|---|---|
| Dated: February 27, 2026 | Respectfully submitted, |
| | /s/ *Sarah R. Gad* <br> Sarah R. Gad <br> ID 0403328 <br> Gad & Gad Law Offices LLP <br> 8 E 25th Street <br> Minneapolis, MN 55404 <br> Telephone: (612) 412-1710 <br> Email: sarah@gadlawoffice.com <br> ***Attorney for Ian Austin Davis*** |
| Dated: February 27, 2026 | /s/ *James S. Becker* <br> James S. Becker <br> ID 0388222 <br> 107 U.S. Courthouse <br> 300 South Fourth Street <br> Minneapolis, MN 55415 <br> Telephone: (612) 664-5858 <br> Email: james_becker@fd.org <br> ***Attorney for William Scott Kelly*** |