UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *United States of America*, | **NOTICE OF APPEARANCE** |
| Plaintiff | Case No:   0:26-cr-00025-LMP-DLM |
| v. | |
| *Nekima Valdez Levy-Armstrong et al.*, | |
| Defendants | |

The undersigned attorney hereby notifies the Court and counsel that Kelsey E. McGee shall appear as counsel of record for Plaintiff United States of America in this case.

Dated: March 2, 2026

*s/ Kelsey E. McGee*
Kelsey E. McGee (Mo. 74929)

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 251-0053
Kelsey.McGee@usdoj.gov
